IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

```
JASMINE BIANCA MCKENZIE,            *
                                    *
      Plaintiff,                    *
                                    *
      v.                            *
                                    *
SOUTHERN NUCLEAR OPERATING          *    CV 120-157
COMPANY; JESSICA RONEE              *
RICHARDSON; ROSALIND MICHELE        *
HENSON; BRADLEY DAVID PADGETT,      *
SR.; TRAVIS DEAN KESSIE;            *
STEPHEN MARTIN ROYAL; ERIN          *
RUFF ZEIGLER; ANTONI DWYANE         *
AIKEN; JAMES MARCH; and DANIEL      *
FLOOD,                              *
                                    *
      Defendants.                   *
```

**O R D E R**

Plaintiff has failed to file any responses to Defendants' motions to dismiss (Docs. 9, 10, 11), and the Court is reluctant to rule on the motions without first hearing from Plaintiff. Under Local Rule 7.5, failure to respond to a motion generally indicates that the motion is unopposed. Nevertheless, the Court recognizes that Plaintiff is acting *pro se* in this case and that Defendants' motions are dispositive in nature. Therefore, the Court **ORDERS** Plaintiff to file responses to the three motions to dismiss by **5:00 PM** on **MARCH 9, 2021**. Thereafter, the Court will rule on the motions, and if Plaintiff still fails to respond, the Court will deem the motions unopposed. See L.R. 7.5, S.D. Ga.

**ORDER ENTERED** at Augusta, Georgia, this 23rd day of February, 2021.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA